IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT EARL CLAYBORNE JR., <br><br> Plaintiff, <br><br> vs. <br><br> PARKER, Officer, #1577, Individual Capacity; JAMES, Sgt, #1370, Individual Capacity; CHAD HEIN, Officer, #1552, Individual Capacity; RIPLEY, Officer, #1256, Individual Capacity; MESSERSMITH, Officer, #1568, Individual Capacity; KOUNOVSKY, Officer, #1593, Individual Capacity; and SUNDERMEIER, Captain, #717, Individual Capacity; <br><br> Defendants. | 8:17CV481 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion to Withdraw Request for 60 days Extension of Time. ([Filing No. 36](#).) Plaintiff asks to withdraw his previous request for an extension ([filing no. 34](#)) because he is ready to submit his brief in opposition to Defendants' Motion to Dismiss ([filing no. 30](#)). Plaintiff filed his brief ([filing no. 37](#)) and an exhibit index ([filing no. 38](#)) on March 5, 2019. Because the court granted Plaintiff's request for an extension prior to his motion to withdraw his request,

IT IS ORDERED that:

1. Plaintiff's Motion to Withdraw Request for 60 days Extension of Time ([filing no. 36](#)) is denied as moot.

2. Defendants shall have until **March 15, 2019**, to file a reply brief.

3. The clerk of the court is directed to set the follow pro se case management deadline using the following text: **March 15, 2019**: check for Defendants' reply.

Dated this 8th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge